JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Brian Whitaker**,

     Plaintiff,

  v.

**Beverly Falafel, Inc,** a California
Corporation; and Does 1-10,

     Defendants.

Case: 2:19-cv-10127-SVW-GJS

Judgment

Proposed JUDGMENT                        2:19-cv-10127-SVW-GJS

Pursuant to the stipulation of the parties, JUDGMENT is entered in favor of plaintiff Brian Whitaker, and against Defendant Beverly Falafel, Inc. only in the amount of $4,000 for statutory damages to resolve all statutory penalties under the California Unruh Act Civil Rights Act that arise from this action.

To resolve Plaintiff's ADA claims, should the Defendant reopen their business at any time, Defendant shall make the following changes or modifications, to the extent not already completed, in compliance the 2010 Americans with Disabilities Act Standards for Accessible Design at the business presently located at or about 8508 W. 3rd Street, Los Angeles, California:

1. Provide accessible dining services such that 5% of each type of seating shall comply with relevant 2010 ADA Standards for Accessible Design.

2. Defendant shall maintain an accessible portion of all sales or transaction counters, such that the accessible counter is 36" wide, or in the event defendant elects to maintain a single counter, no narrower than the total available counter space. Defendant shall ensure that this space is free from obstructions to provide an accessible surface to persons with disabilities.

2

3. Defendant shall keep and maintain these features as accessible at all times.

4. Should Defendant Beverly Falafel, Inc. move its business known as Beverly Falafel to another location, Defendant shall have a continuing obligation to comply with the above.

Plaintiff is a prevailing party and entitled to recovery of attorney fees against Defendant Beverly Falafal, Inc. only, as allowable by the Unruh Civil Rights Act and ADA, which shall be determined by noticed motion to the Court filed no later than 30 days from entry of judgment.

Dated: July 15, 2020 By:_____

Hon. Stephen V. Wilson
United States District Judge

*Presented by*:
Dennis Price, Esq.
858-375-7385
dennisp@potterhandy.com
Attorney for Plaintiff